# Order

Michigan Supreme Court
Lansing, Michigan

January 24, 2007

132060 & (28)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

v

     SC: 132060
     COA: 268470
     Wayne CC: 81-003916

FONZA JACKSON,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals and the motion to remand are considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, limited to the issue whether an appeal was taken from the May 29, 1981 order of the Wayne County Juvenile Court waiving its jurisdiction over defendant to the Detroit Recorder's Court, and if no such appeal was taken, whether appointed appellate counsel rendered ineffective assistance by failing to pursue the appeal.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk

s0117